**Order entered February 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01220-CR

**HUBERT WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53043-M**

## ORDER

We **GRANT** Deputy Official Court Reporter Kendra L. Thibodeaux's January 28, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
         JUSTICE